Elverson, but thereafter refused, claiming that the lease was cancelled and annulled. *Held,* that the findings authorized the relief sought; that White was not the agent of plaintiff in colluding with defendant or in assenting to any act which could destroy their property; that whether the assignment by White was with or without consideration was immaterial, as was also the motive of the transfer, *i. e.,* if with intent to defraud White's creditors, so long as it was not in fraud of defendant.

Upon the trial White was called as a witness for plaintiffs. The case states that defendant's counsel "objected to the witness being sworn, in chief on the ground that he had been convicted of felony and imprisoned for that offense. Objection overruled; exception taken." *Held,* that the objection was not well taken, no foundation being laid for it, and that there was no waiver of production of the record of conviction, if one existed, by the decision of the court; the court stating the rule as above.

The judgment was in favor of the other plaintiffs, excluding Elverson. *Held,* that this was probably error; but as he did not complain, it was immaterial.

*De Witt C. Brown,* for appellant.

*Albert Stickney,* for respondents.

ALLEN, J., reads for affirmance.
All concur, ANDREWS, J., absent.
Judgment affirmed.

---

THE NATIONAL BROADWAY BANK, Respondent, *v.* GEORGE MILLER, Appellant.

(Argued March 27, 1877; decided April 3, 1877.)

*Rufus W. Peckham,* for appellant.

*William Hildreth Field,* for respondent.

Agree to affirm order on opiniᴜ of DANIELS, J., in court below.

All concur; no opinion.

Order affirmed.

---

ISAAC FRANKLIN, Appellant, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Respondents.

(Submitted March 29, 1877; decided April 10, 1877.)

*William F. Howe*, for plaintiff in error.

*Benjamin K. Phelps*, for defendants in error.

Agree to affirm; no opinion.

All concur; RAPALLO, J., absent.

Judgment affirmed.

---

JOHN BARNESCIOTTA et al., plaintiffs in error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, defendants in error.

(Argued March 29, 1877; decided April 10, 1877.)

REPORTED below, 10 Hun, 137.

*William F. Kintzing*, for plaintiffs in error,

*Benjamin K. Phelps*, for defendants in error.

Agree to affirm on opinion of DAVIS, J., in court below.

All concur; RAPALLO, J., absent.

Judgment affirmed.